IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAR 0 4 2015
LAWRENCE K. BAERMAN, CLERK
ALBANY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:15-CR-64 GLS |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **OMAR PALIN, a.k.a. "BK"**, | ) | Violation: 21 U.S.C. § 841(a)(1) & (b)(1)(C); |
| | ) | [Distribution of a Controlled Substance] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Schenectady |

### THE GRAND JURY CHARGES:

### COUNT 1
### [Distribution of a Controlled Substance]

On or about September 10, 2014, in Schenectady County in the Northern District of New York, the defendant, **OMAR PALIN a.k.a. "BK"**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated:   March 4, 2015

A TRUE BILL,

_____
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: *Elizabeth R. Rabe*
Elizabeth R. Rabe
Assistant United States Attorney
Bar Roll No. 518823