ORIGINAL

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) |
| --- | --- |
| v. | ) |
| OMAR PALIN, a.k.a. "BK" | ) Case No. 1:15-CR-64 (GLS) |
| | ) |
| Defendant | ) |

U.S. DISTRICT COURT
N.D. OF N.Y.
ORIGINAL FILED
APR 30 2015
LAWRENCE K. BAERMAN, CLERK
ALBANY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Omar Palin, a.k.a. "BK"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

distribution of a controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C)

Date: 03/05/2015

*Issuing officer's signature*

City and state:   Albany, NY

Christian F. Hummel, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03-05-15, and the person was arrested on *(date)* 04-14-15
at *(city and state)* Albany, NY

Date: 04-14-15

*Arresting officer's signature*

Dave Buckley, Special Agent
*Printed name and title*