AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 15 Cr. 64 (GLS) |
| Omar Palin | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Omar Palin                          .

Date:  08/26/2015

/s
*Attorney's signature*

Daniel DeMaria (Bar No. 518452)
*Printed name and bar number*

Merchant Law Group LLP
26 Broadway, 21st Fl.
New York, New York 10004
*Address*

ddemaria@nyslitigators.com
*E-mail address*

(212) 658-1455
*Telephone number*

(877) 607-5419
*FAX number*