

26 BROADWAY, 21ST FL.   NEW YORK, NEW YORK 10004   TELEPHONE 212-658-1455   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

**VIA CM/ECF**

August 26th, 2015

The Honorable Gary L. Sharpe
Chief Judge
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

        **Re:   United States v. Omar Palin**
              **15 Cr. 64 (GLS)**

Dear Judge Sharpe:

Please be advised that we have been retained by Omar Palin to represent him in the above-captioned case. We respectfully request that the Court permit us to substitute as counsel. We will be filing an electronic notice of appearance separately.

    Respectfully,

    Merchant Law Group LLP


    By:_____/s_____
        Daniel DeMaria, Esq.



cc:    BY CM/ECF

      All Counsel of Record